# EXHIBIT A

# EXHIBIT A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Bureau of Prisons - Federal Correctional Institution Dublin<br>5701 8th St. Dublin, CA 94568 | ▓▓▓▓▓▓▓▓▓ Y.S.<br>Representative: Jessica Pride, Esq.<br>Pride Law Firm<br>2831 Camino Del Rio S. Ste. 104; San Diego, CA 92108 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>▓▓▓▓▓ | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>May 2021 -    Oct. 2021 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

See attached document.

| 9. | **PROPERTY DAMAGE** |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | **PERSONAL INJURY/WRONGFUL DEATH** |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Ms. ▓▓▓▓▓ has suffered physical and emotional damages, in an amount to be determined by an expert, due to her sexual assault and sexual harassment by BOP employees, Correctional Officer Sergio Saucedo, Nicholas Ramos, and Associate Warden Garcia.

| 11. | **WITNESSES** |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| TBD | |

12. (See instructions on reverse).    **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | 5,000,000 | | 5,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *(signature)* | 619-516-8166 | 10/03/2022 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

**NSN 7540-00-634-4046**

**STANDARD FORM 95** (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

**Attachment to Claim Form 95**

██████████████ ("Ms. ███████ an inmate at Federal Correctional Institute ("FCI") Dublin (Inmate No. ███████), presents this claim to the Bureau of Prisons ("BOP") based on her sexual assault and sexual harassment by federal correctional officers.

Ms. ███████ began her time at FCI Dublin on May 6, 2021. Due to the COVID-19 pandemic, Ms. ███████ was placed in quarantine, meaning she was locked in prison cell twenty-four hours a day, seven days a week, for approximately twenty-two days. During quarantine, Correctional Officer ("CO") Sergio Saucedo ("Saucedo") commenced his sexual harassment and abuse of Ms. ███████

During her bi-weekly shower time, Saucedo would open the shower curtain on Ms. ███████ while she was naked. Saucedo stared at Ms. ███████ while she was naked in the shower at least four times. Ms. ███████ felt humiliated and scared. When Ms. ███████ was in her cell, Saucedo would harass her and use derogatory language. For example, Saucedo would yell things like, "Where is fucking ███████ You stupid bitch, you're a fucking Mexican, but your name is ███████ Ms. ███████ cried constantly and fell into a depression. Ms. ███████ disclosed the abuse to prison psychologist, Dr. Portillo, but Dr. Portillo did not do anything to help her.

After quarantine, Ms. ███████ was taken to a different unit where she was constantly harassed by CO Nicholas Ramos ("Ramos"). During the night, Ramos would point his flashlight into her cell to try to watch her undressing. On one occasion in October of 2021, Ramos kicked open Ms. ███████ cell door under the guise that he was searching for her phone. Ms. ███████ was undressed, and Ramos groped Ms. ███████ leg and butt, claiming he was searching for her cell phone.

Later in October of 2021, Ms. ███████ reported the sexual abuse to an FCI Dublin employee, Dr. Hoang (full name unknown at this time). Although the sexual abuse ended in October of 2021, no one followed up with Ms. ███████ about her reports. At that point, Ms. ███████ started experiencing retaliation for her reports. FCI staff started treating her differently and Ms. ███████ felt unsafe. In December of 2021, Ms. ███████ reported the abuse to Associate Warden Williams, and Ms. ███████ was again left with no response.

In March of 2022, COs Saucedo and Ramos were placed on leave as a result of sexual misconduct allegations. CO Ramos committed suicide on August 21, 2022.

Ms. ███████ experiences at FCI Dublin are typical of a rampantly abusive culture at the prison. FCI Dublin's associate warden, Ray J. Garcia, was arrested and charged Sexual Abuse of a Ward based on his sexual abuse of multiple female inmates at FCI Dublin. Per the affidavit of FBI Special Agent Katherine Barclay, Garcia was the associate warden between December 2018 and November 2020. The affidavit states, "As the warden, Garcia is responsible for the safekeeping, care, protection, discipline, programming, and release of inmates incarcerated at FCI Dublin. Garcia is also responsible for hiring, training, and supervising and managing staff, and determining operating procedures and policies." In fact, Garcia himself led training on the Prison Rape Elimination Act and chaired the audit of FCI Dublin under the PREA. Thus, the man responsible for teaching inmates how to report rape was in fact a serial rapist of inmates, and he was clearly tolerating abuse by many more of his underlings, including COs Saucedo and Ramos. Further, four other Dublin employees have been charged for the same sexual misconduct scheme. Former Dublin chaplain, James Highhouse was arrested and charged; former CO Enrique Chavez was arrested and currently faces two federal criminal charges for abusive sexual contact with a prisoner in violation of 18 U.S.C. § 2244(a)(4).; former CO Ross Klinger currently faces federal criminal charges for

1

Sexual Abuse of a Ward (18 U.S.C. § 2243(b)) stemming out of his conduct against two other inmates; and John Bellhouse, former prison safety administrator, is scheduled to stand trial next June.

The United States of America, the Bureau of Prisons, and CO Saucedo are liable for Ms. ███████████ significant damages pursuant to both *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act. Pursuant to *Bivens*, the federal government is liable when its agents or officers violate the civil rights of an individual. In this case, Ms. ███████ had the right to be free from cruel and unusual punishment, as guaranteed by the Eighth Amendment to the U.S. Constitution, as well as a right to privacy pursuant to the Fourth Amendment. Ms. ███████ ongoing abuse and sexual harassment constituted a deprivation of those rights. Further, Ms. ███████ has multiple causes of action under the Federal Tort Claims Act, including but not limited to: Negligence, Intentional Infliction of Emotional Distress, Assault and Battery, Professional Negligence, and Sexual Harassment. FCI Dublin had an institutional climate and/or pattern of sexual abuse of female inmates.

At all times relevant, Defendants owed a duty of care to Ms. ███████ and those similarly situated, of "safekeeping, care . . . [and] protection" pursuant to 18 U.S.C. § 4042(a)(2) and (3). Pursuant to 18 U.S.C. § 2243(b), correctional officers and guards are statutorily precluded from engaging in sexual acts with an inmate, such as Ms. ███████ Yet the BOP unlawfully and in violation of Ms. ███████ civil rights, failed to do anything to stop the sexual harassment, assault, or battery of Ms. ███████ by the CO at FCI Dublin. The BOP developed and maintained policies and customs exhibiting deliberate indifference to the constitutional rights of women incarcerated at FCI Dublin. These policies both caused and allowed the previously alleged sexual harassment and abuse of Ms. ███████ Further, Associate Warden Garcia and others inadequately supervised and trained the prison's correctional officers and other employees, including COs Saucedo and Ramos. The United States and BOP failed to detect and prevent sexually abusive behavior, even though they knew or should have known about the risks of inmates being isolated while in quarantine, and how that could facilitate sexual harassment and abuse of inmates. They failed to take proper steps or exercise the requisite standard of care and skill ordinarily exercised by similar correctional facilities, wardens, associate wardens, and correctional officers to deter and prevent sexually abusive behavior and control and supervise those in their employ. FCI Dublin cultivated a culture in which inmates and staff members were rewarded for keeping secrets, assisting in preventing detection of sexual abuse of inmates, and failing to disclose violations of prison policies and state and federal laws. The United States and BOP were also negligent in the hiring, supervision, and retention of COs Saucedo and Ramos.

For all these reasons, Ms. ███████ files a claim for her substantial damages with the USA. She has suffered and continues to suffer severe and permanent injuries, mental anguish, embarrassment, humiliation, pain, distress, and damages. She therefore seeks $5,000,000 in compensation for these damages.

2