MERRICK B. GARLAND
United States Attorney General

GABRIEL A. PERAZA
Special Assistant U.S. Attorney
Arizona State Bar No. 027428
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Gabriel.Peraza@usdoj.gov

*Attorneys for Defendant United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.S.,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America (Federal Bureau of Prisons); Ray J. Garcia; Sergio Saucedo; Jeffrey Wilson; and Does 1-25, inclusive,<br><br>Defendants. | **4:23-cv-03538-YGR**<br><br>**NOTICE OF SETTLEMENT** |

Defendant United States of America, by and through undersigned counsel, hereby notifies the Court that a settlement has been reached in the above-captioned matter. The parties will submit a Joint Stipulation to Dismiss after the settlement has been completed.

RESPECTFULLY SUBMITTED December 23, 2024.

MERRICK B. GARLAND
United States Attorney General

*s/Gabriel A. Peraza*
GABRIEL A. PERAZA
Special Assistant United States Attorney,
Acting Under Authority Conferred by
28 U.S.C. § 515

*Attorneys for Defendant United States of America*