JESSICA K. PRIDE (SBN 249212)
jpride@pridelawfirm.com
SOPHIA REBECCA MARIE (SBN 354972)
sophia@pridelawfirm.com
THE PRIDE LAW FIRM
2831 Camino Del Rio S., Suite 104
San Diego, CA 92108
Telephone: (619) 516-8166
Facsimile: (619) 785-3414
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Y.S.,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS); RAY J. GARCIA; SERGIO SAUCEDO; JEFFREY WILSON; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 4:23-cv-03538-YGR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby jointly stipulated and agreed to by and between Plaintiff Y.S. and Defendant United States of America that this case will be dismissed in its entirety with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO JOINTLY STIPULATED AND AGREED TO BY:**

**THE PRIDE LAW FIRM**

Dated: February 3, 2025

*/s/ Jessica K. Pride*
JESSICA K. PRIDE
Attorneys for Plaintiff

JAMES R. MCHENRY III
Acting United States Attorney General

Dated: February 3, 2025

*/s/ Gabriel A. Peraza*

GABRIEL A. PERAZA
Special Assistant U.S. Attorney
*Counsel for the United States of America* Acting under authority conferred by 28 U.S.C. § 515